UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA M. MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. CV 24-05465-WDK (JDE)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Doc. No. 1), the Order Regarding Complaint issued by the United States Magistrate Judge (Doc. No. 5), the Report and Recommendation of the United States Magistrate Judge (Doc. No. 7, "Report"), and the other records on file.

No party filed timely objections to the Report or timely sought additional time in which to do so. The Court accepts the Report and adopts it as its own findings and conclusions.

Therefore, the Plaintiff's Request to Proceed in Forma Pauperis (Doc. No. 3) is DENIED and Judgment shall be entered DISMISSING this action with prejudice.

IT IS SO ORDERED.

Dated: October 17, 2024

                                             WILLIAM D. KELLER<br>                                             United States District Judge