JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA M. MARTINEZ, | Case No. CV 24-05465-WDK (JDE) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: October 17, 2024

WILLIAM D. KELLER
United States District Judge